# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 25-5139

September Term, 2024

1:25-cv-00729-UNA

**Filed On:** August 5, 2025

Matthew Jones,

      Appellant

v.

United States Department of Education,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's March 26, 2025 order dismissing appellant's complaint be affirmed. Appellant has shown no error in the district court's conclusion that his complaint was frivolous. See Neitzke v. Williams, 490 U.S. 319, 325 (1989); Hagans v. Lavine, 415 U.S. 528, 536-37 (1974) ("[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if they are so attenuated and unsubstantial as to be absolutely devoid of merit." (internal citation omitted)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 25-5139                                    September Term, 2024

**Per Curiam**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:     /s/
        Daniel J. Reidy
        Deputy Clerk